

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2014

No. 04-14-00369-CV

**STRATEGIC DENTAL EXECUTIVES, LLC**,
Appellant

v.

**DEL MAR DENTAL, PLLC**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-000680-D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

This is an accelerated appeal. The clerk's record was originally due on May 30, 2014. The trial court clerk has filed a notification of late clerk's record requesting additional time to file the clerk's record. Texas Rule of Appellate Procedure 35.3(c) provides that we may not extend the deadline to file the clerk's record by more than ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). Therefore, we GRANT the trial court clerk's request for an extension and ORDER the trial court clerk to file the clerk's record on or before **June 13, 2014**. No further motions for extension of time will be granted.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court